# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| In re: | Burkhart, Mitzie J | § | Case No. 09 B 23540 |
|---|---|---|---|
| | | § | |
| | Debtor | § | |
| | | § | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/29/2009.

2) The plan was confirmed on 08/19/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/23/2010.

5) The case was dismissed on 09/08/2010.

6) Number of months from filing or conversion to last payment: 10.

7) Number of months case was pending: 16.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $9,350.00.

10) Amount of unsecured claims discharged without full payment: $0.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $6,511.00 |
| Less amount refunded to debtor | $0 |
| **NET RECEIPTS:** | **$6,511.00** |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,324.15 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $425.87 |
| Other | $0 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$1,750.02** |
| Attorney fees paid and disclosed by debtor | $0 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Internal Revenue Service | Priority | $1,390.00 | $9,664.05 | $9,664.05 | $0 | $0 |
| Internal Revenue Service | Priority | $1,412.00 | NA | NA | $0 | $0 |
| Santander Consumer USA | Secured | NA | $18,004.78 | $18,004.78 | $0 | $0 |
| Santander Consumer USA | Secured | $18,000.00 | $18,897.16 | $18,000.00 | $4,760.98 | $0 |
| A All Financial | Unsecured | $2,000.00 | $967.14 | $967.14 | $0 | $0 |
| Ace America's Cash Expr | Unsecured | $1,400.00 | $1,209.31 | $1,209.31 | $0 | $0 |
| Advance America | Unsecured | $2,400.00 | NA | NA | $0 | $0 |
| Affinity Cash Loans | Unsecured | $1,200.00 | $2,104.16 | $2,104.16 | $0 | $0 |
| Alexian Brothers Health System | Unsecured | $1,200.00 | NA | NA | $0 | $0 |
| Alexian Brothers Medical Center | Unsecured | $265.00 | NA | NA | $0 | $0 |
| All Credit Lenders | Unsecured | $1,600.00 | $5,126.00 | $5,126.00 | $0 | $0 |
| All Credit Lenders | Unsecured | NA | $5,775.00 | $5,775.00 | $0 | $0 |
| American Chartered Bank | Unsecured | $1,000.00 | NA | NA | $0 | $0 |
| American Express Travel Relate | Unsecured | $6,600.00 | $6,410.82 | $6,410.82 | $0 | $0 |
| AmeriCash Loans LLC | Unsecured | $4,900.00 | $2,480.75 | $2,480.75 | $0 | $0 |
| Bank Of America | Unsecured | $1,800.00 | NA | NA | $0 | $0 |
| BH Management | Unsecured | $1,000.00 | NA | NA | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Budget Rent A Car | Unsecured | $2,000.00 | NA | NA | $0 | $0 |
| Cash Now | Unsecured | $1,675.00 | $4,734.35 | $4,734.35 | $0 | $0 |
| Cash To Go | Unsecured | $900.00 | $1,121.28 | $1,121.28 | $0 | $0 |
| Cash Yes Card | Unsecured | $1,500.00 | NA | NA | $0 | $0 |
| Charter One Bank | Unsecured | $800.00 | NA | NA | $0 | $0 |
| Check Into Cash | Unsecured | $1,500.00 | NA | NA | $0 | $0 |
| Check N Go | Unsecured | $2,400.00 | NA | NA | $0 | $0 |
| Citicash | Unsecured | $1,700.00 | $2,627.83 | $2,627.83 | $0 | $0 |
| Citizens Bank | Unsecured | $1,300.00 | NA | NA | $0 | $0 |
| Comcast | Unsecured | $300.00 | NA | NA | $0 | $0 |
| Comcast | Unsecured | $200.00 | NA | NA | $0 | $0 |
| Commonwealth Edison | Unsecured | $2,100.00 | NA | NA | $0 | $0 |
| Commonwealth Edison | Unsecured | $1,500.00 | NA | NA | $0 | $0 |
| Continental First Bank | Unsecured | $700.00 | NA | NA | $0 | $0 |
| Cottonwood Financial Ltd | Unsecured | $1,800.00 | $1,686.12 | $1,686.12 | $0 | $0 |
| Devon Financial Services Inc | Unsecured | $800.00 | $754.26 | $754.26 | $0 | $0 |
| DeVry Institute of Technology | Unsecured | $3,072.00 | NA | NA | $0 | $0 |
| DeVry Institute of Technology | Unsecured | $6,704.00 | $5,198.66 | $5,198.66 | $0 | $0 |
| Direct Tv | Unsecured | $700.00 | NA | NA | $0 | $0 |
| Dish Network | Unsecured | $200.00 | NA | NA | $0 | $0 |
| EL-Masry Investments | Unsecured | $3,300.00 | NA | NA | $0 | $0 |
| Fiat Financial Money Center | Unsecured | $2,500.00 | NA | NA | $0 | $0 |
| Fifth Third Bank | Unsecured | $2,900.00 | NA | NA | $0 | $0 |
| First Performance Recr Corp | Unsecured | $700.00 | NA | NA | $0 | $0 |
| First Premier Bank | Unsecured | $700.00 | NA | NA | $0 | $0 |
| Genisis Financial | Unsecured | $1,400.00 | $1,343.43 | $1,343.43 | $0 | $0 |
| Global Cash Access | Unsecured | $900.00 | NA | NA | $0 | $0 |
| Groot Recycling & Waste Services | Unsecured | $200.00 | NA | NA | $0 | $0 |
| Hanover | Unsecured | $1,400.00 | NA | NA | $0 | $0 |
| HSBC | Unsecured | $800.00 | NA | NA | $0 | $0 |
| HSBC | Unsecured | $800.00 | NA | NA | $0 | $0 |
| Illinois Catalog Sales | Unsecured | $600.00 | NA | NA | $0 | $0 |
| Illinois Dept Of Employment Security | Unsecured | $4,436.00 | $4,436.00 | $4,436.00 | $0 | $0 |
| Illinois Student Assistance Commission | Unsecured | $0 | $7,455.74 | $7,455.74 | $0 | $0 |
| Internal Revenue Service | Unsecured | $152.00 | $263.24 | $263.24 | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $650.00 | $601.48 | $601.48 | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $700.00 | $530.39 | $530.39 | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Jefferson Capital Systems LLC | Unsecured | $800.00 | $615.65 | $615.65 | $0 | $0 |
| Joe Masry & Kathy Scanlan | Unsecured | $3,500.00 | NA | NA | $0 | $0 |
| Jose Ayala | Unsecured | $3,100.00 | NA | NA | $0 | $0 |
| MB Financial | Unsecured | $1,400.00 | NA | NA | $0 | $0 |
| Midwest Emergency | Unsecured | $290.00 | NA | NA | $0 | $0 |
| Midwest Heart Specialists | Unsecured | $160.00 | NA | NA | $0 | $0 |
| My Cashtime | Unsecured | $300.00 | NA | NA | $0 | $0 |
| Nicor Gas | Unsecured | $800.00 | $688.65 | $688.65 | $0 | $0 |
| Paul Harshbarger | Unsecured | $6,000.00 | $5,600.00 | $5,600.00 | $0 | $0 |
| Pay Day Loan | Unsecured | $2,200.00 | NA | NA | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $1,000.00 | $869.40 | $869.40 | $0 | $0 |
| Public Storage | Unsecured | $400.00 | NA | NA | $0 | $0 |
| QC Financial Services | Unsecured | $2,400.00 | NA | NA | $0 | $0 |
| Radiological Consultants | Unsecured | $35.00 | NA | NA | $0 | $0 |
| Resurgent Capital Services | Unsecured | NA | $627.32 | $627.32 | $0 | $0 |
| RMI/MCSI | Unsecured | $1,108.00 | $554.50 | $554.50 | $0 | $0 |
| Sallie Mae | Unsecured | NA | $2,722.22 | $2,722.22 | $0 | $0 |
| Sallie Mae | Unsecured | NA | $17,079.50 | $17,079.50 | $0 | $0 |
| Sam Baig | Unsecured | $5,300.00 | NA | NA | $0 | $0 |
| Santander Consumer USA | Unsecured | NA | $897.16 | $897.16 | $0 | $0 |
| Sat Salwan | Unsecured | $4,200.00 | NA | NA | $0 | $0 |
| SBC | Unsecured | $500.00 | NA | NA | $0 | $0 |
| SBC | Unsecured | $600.00 | NA | NA | $0 | $0 |
| Short Term Loans LLC | Unsecured | $1,600.00 | $1,220.78 | $1,220.78 | $0 | $0 |
| SIR Finance Corporation | Unsecured | NA | $1,962.00 | $1,962.00 | $0 | $0 |
| The Money Co | Unsecured | $500.00 | NA | NA | $0 | $0 |
| US Cellular | Unsecured | $1,000.00 | NA | NA | $0 | $0 |
| Village of Hoffman Estates | Unsecured | $100.00 | NA | NA | $0 | $0 |
| WOW Internet & Cable | Unsecured | $500.00 | NA | NA | $0 | $0 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $36,004.78 | $4,760.98 | $0 |
| All Other Secured | $0 | $0 | $0 |
| **TOTAL SECURED:** | $36,004.78 | $4,760.98 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $9,664.05 | $0 | $0 |
| **TOTAL PRIORITY:** | $9,664.05 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $87,663.14 | $0 | $0 |

**Disbursements:**

| | |
|---|---:|
| Expenses of Administration | $1,750.02 |
| Disbursements to Creditors | $4,760.98 |
| **TOTAL DISBURSEMENTS:** | $6,511.00 |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: October 19, 2010     By: /s/ MARILYN O. MARSHALL
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (09/01/2009)